UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZACHARIA GAMBLE, et al., | Case No. 5:20-cv-07984 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| GOOGLE LLC, et al., | |
| Defendants. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge James Donato to determine whether it is related to 3:20-cv-05671 JD, *Epic Games, Inc. v. Google LLC, et al.*

IT IS SO ORDERED.

Date:  November 13, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge